# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.

WANZEK CONSTRUCTION, INC.
                Plaintiff

     v.

ELEVATION MIDSTREAM, LLC,
WEIFIELD GROUP CONTRACTING, INC.,
and KELLEY TRUCKING INC.
                Defendants

## COMPLAINT

Wanzek Construction, Inc. ("Wanzek") brings this action to foreclose on mechanics' liens and recover a money judgment for breach of contract related to work performed by Wanzek for Defendant Elevation Midstream, LLC ("Elevation"). Elevation owes Wanzek over $13 million for work that Wanzek performed on facilities that Elevation now uses for its oil and gas business.

**I.    The Parties, Jurisdiction, and Venue**

1. Wanzek is a North Dakota corporation with its principal place of business in North Dakota.

2. Wanzek provides a diverse range of construction services for a wide cross-section of industries, including power, renewable energy, oil and gas, infrastructure, and agriculture.

3. Elevation is a Delaware limited liability company. Upon information and belief, Elevation's sole member resides in Colorado and Delaware.

4. Elevation is in the oil and gas business. As a midstream company, Elevation provides services that include natural gas gathering, treating, and compression processing.

5. Defendant Weifield Group Contracting, Inc. ("Weifield") is a Colorado corporation with its principal place of business in Colorado. Weifield is in the business of electrical construction.

6. Defendant Kelley Trucking Inc. ("Kelley Trucking") is a Colorado corporation with its principal place of business in Colorado. Kelley Trucking is an earthmoving contractor.

7. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because there is diversity of the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2) because the defendants reside in this district, a substantial part of the events or omissions giving rise to the claims occurred in this district, and the property that is the subject of Wanzek's mechanics' liens is situated in this district. Additionally, the agreement between Wanzek and Elevation requires that litigation between the parties be venued in a state or federal court located within the City and County of Denver, Colorado.

## II. Statement of Facts

### A. Elevation and Wanzek Enter Into a Master Services Agreement.

9. Effective February 2, 2019, Wanzek and Elevation entered into a Master Services Agreement (the "MSA"). A true and accurate copy of the MSA is attached hereto as "Exhibit A" and is fully incorporated into this Complaint by reference.

10. The MSA set forth certain terms and conditions that would govern the parties' relationship. Specific work to be performed by Wanzek for Elevation would be dictated by Work Orders entered into pursuant to the MSA.

11. The MSA requires that Wanzek be paid for its work as provided for in a Work Order.

12. The MSA requires that payment to Wanzek is due "30 days from the date of [Elevation's] actual receipt of a proper invoice" from Wanzek.

13. The MSA provides that the prevailing party in any litigation between the parties shall receive its "reasonable attorney's fees, court costs, costs of investigation, other legal costs and expenses of any nature whatsoever associated with such dispute."

14. The MSA also provides that the prevailing party in any litigation shall receive pre-judgment and post-judgment interest.

      **B.**      **Elevation Issues Work Orders to Wanzek Under the MSA.**

          **(1)**      **Elevation hires Wanzek to work on the Badger Project.**

15. On March 19, 2019, Elevation and Wanzek entered into a Work Order for a project called the Badger Central Gathering Facility (the "Badger Project").

16. Wanzek's work on the Badger Project involved providing structural, mechanical, electrical, piping, instrumentation, and startup and commissioning support services for a central gathering facility.

17. Wanzek performed all work that it was required to perform pursuant to the Badger Project Work Order, which included furnishing materials and providing labor.

18. Wanzek properly invoiced Elevation for all work that it performed pursuant to the Badger Project Work Order.  Elevation received all of Wanzek's invoices.

19. The total amount billed to Elevation on the Badger Project Work Order was $16,618.252.09.

20. Elevation has failed to pay all amounts owed to Wanzek on the Badger Project. Specifically, Elevation has failed to pay $5,527,047.75 that is owed to Wanzek on the Badger Project.  This amount due has been outstanding for more than 30 days since Elevation's receipt of Wanzek's invoices.

**(2)  Elevation hires Wanzek to work on the Buffalo Project.**

21. Also on March 19, 2019, Elevation and Wanzek entered into a Work Order for a project called the Buffalo Compressor Station (the "Buffalo Project").

22. Wanzek's work on the Buffalo Project involved providing structural, mechanical, electrical, piping, instrumentation, and startup and commissioning support services for a compressor station.

23. Wanzek performed all work that it was required to perform pursuant to the Buffalo Project Work Order, which included furnishing materials and providing labor.

24. Wanzek properly invoiced Elevation for all work that it performed pursuant to the Buffalo Project Work Order.  Elevation received all of Wanzek's invoices.

25. The total amount billed to Elevation on the Buffalo Project Work Order was $15,815,919.30.

26. Elevation has failed to pay all amounts owed to Wanzek on the Buffalo Project. Specifically, Elevation has failed to pay $7,764,356.18 that is owed to Wanzek on the Buffalo Project.  This amount due has been outstanding for more than 30 days since Elevation's receipt of Wanzek's invoices.

27. The Badger Project and Buffalo Project are located on the same property.  The property description is as follows (the "Property"):

PT NE4 30-1-67 Lot B Rec Exempt RE-1306 (3.1R).

Lot B of Record Exemption, RE-1306, excepting the boundaries of Subdivision Exemption SUBX18-0039; being part of the NE1/4 of Section 30, Township 1 North, Range 67 West of the 6th P.M. Weld County, Colorado.

Also known by street number as 6512 WCR 6, Brighton, Colorado, 80603, situated in the County of Weld, State of Colorado.

### (3) Elevation hires Wanzek to work on the Broomfield Project.

28. On July 30, 2019, Wanzek and Elevation entered into a Work Order for a project called Broomfield Infield Gathering (BRM) – Electrical Construction (the "Broomfield Project").

29. Wanzek's work on the Broomfield Project involved the electrical construction of 2 Junctions, 3 Well Pad sites, and 2 CGF/CS sites.

30. Wanzek performed all work that it was required to perform pursuant to the Broomfield Project Work Order.

31. Wanzek properly invoiced Elevation for all work that it performed pursuant to the Broomfield Project Work Order. Elevation received all of Wanzek's invoices.

32. The total amount billed to Elevation on the Broomfield Project Work Order was $304,003.72.

33. Elevation has failed to pay all amounts owed to Wanzek on the Broomfield Project. Specifically, Elevation has failed to pay $46,146.62 that is owed to Wanzek on the Broomfield Project. This amount due has been outstanding for more than 30 days since Elevation's receipt of Wanzek's invoices.

### C. Wanzek Perfects its Mechanics' Liens.

34. On January 7, 2020, Wanzek served a Notice of Intent to File a Lien Statement on Elevation via prepaid certified mail, return receipt requested, for amounts due and owing on the Badger Project, as required by C.R.S. § 38-22-109(3).

35. Also on January 7, 2020, Wanzek served a Notice of Intent to File a Lien Statement on Elevation via prepaid certified mail, return receipt requested, for amounts due and owing on the Buffalo Project, as required by C.R.S. § 38-22-109(3).

36. On January 28, 2020, Wanzek recorded a Statement of Mechanics' Lien regarding the Badger Project in the records of the Clerk and Recorder for Weld County, Colorado at Document No. 4561812.

37. Also on January 28, 2020, Wanzek recorded a Statement of Mechanics' Lien regarding the Buffalo Project in the records of the Clerk and Recorder for Weld County, Colorado at Document No. 4561811.

38. On February 3, 2020, Wanzek recorded the Notice of Intent to File a Lien Statement regarding the Badger Project in the records of the Clerk and Recorder for Weld County, Colorado at Document No. 4563508.

39. Also on February 3, 2020, Wanzek recorded the Notice of Intent to File a Lien Statement regarding the Buffalo Project in the records of the Clerk and Recorder for Weld County, Colorado at Document No. 4563509.

40. On April 30, 2020, Wanzek recorded an Amended Statement of Mechanics' Lien regarding the Badger Project in the records of the Clerk and Recorder for Weld County, Colorado at Document No. 4586765 (the "Badger Mechanics' Lien").  A true and accurate copy of the Badger Mechanics' Lien is attached hereto as "Exhibit B" and is fully incorporated into this Complaint by reference.

41. The Badger Mechanics' Lien amended the prior Statement of Mechanics' Lien to correct the name of the property owner—which is Elevation—and to update the current amount due and owing, which had increased since the recording of the prior Statement of Mechanics' Lien.

42. On April 30, 2020, Wanzek recorded an Amended Statement of Mechanics' Lien regarding the Buffalo Project in the records of the Clerk and Recorder for Weld County, Colorado at Document No. 4586764 (the "Buffalo Mechanics' Lien").  A true and accurate copy

of the Buffalo Mechanics' Lien is attached hereto as "Exhibit C" and is fully incorporated into this Complaint by reference.

43. The Buffalo Mechanics' Lien amended the prior Statement of Mechanics' Lien to correct the name of the property owner—which is Elevation—and to update the current amount due and owing, which had increased since the recording of the prior Statement of Mechanics' Lien.

44. Wanzek has not recorded a mechanics' lien in connection with its work on the Broomfield Project.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract – Badger Project – Against Elevation)

45. Wanzek repeats the allegations in paragraph 1 through 44 as if fully restated herein.

46. Wanzek and Elevation entered into a contract for Wanzek to perform work on the Badger Project. The contract consists of the MSA, the Badger Project Work Order, the Scope of Work, and related change orders and work orders.

47. Wanzek performed its obligations pursuant to the contract.

48. Elevation has breached the contract by failing to pay Wanzek all amounts due and owing for Wanzek's work pursuant to the contract.

49. Elevation's breach has damaged Wanzek in the amount of $5,527,047.75.

50. Wanzek is also entitled to its reasonable attorneys' fees, costs, and expenses, as well as prejudgment and post-judgment interest, pursuant to the terms of the MSA.

## SECOND CLAIM FOR RELIEF
### (Breach of Contract – Buffalo Project – Against Elevation)

51. Wanzek repeats the allegations in paragraph 1 through 50 as if fully restated herein.

52. Wanzek and Elevation entered into a contract for Wanzek to perform work on the Buffalo Project. The contract consists of the MSA, the Buffalo Project Work Order, the Scope of Work, and related change orders and work orders.

53. Wanzek performed its obligations pursuant to the contract.

54. Elevation has breached the contract by failing to pay Wanzek all amounts due and owing for Wanzek's work pursuant to the contract.

55. Elevation's breach has damaged Wanzek in the amount of $7,764,356.18.

56. Wanzek is also entitled to its reasonable attorneys' fees, costs, and expenses, as well as prejudgment and post-judgment interest, pursuant to the terms of the MSA.

### THIRD CLAIM FOR RELIEF
### (Breach of Contract – Broomfield Project – Against Elevation)

57. Wanzek repeats the allegations in paragraph 1 through 56 as if fully restated herein.

58. Wanzek and Elevation entered into a contract for Wanzek to perform work on the Broomfield Project. The contract consists of the MSA, the Broomfield Project Work Order, and the Colorado Rate Schedule – Oil Field Electrical Services.

59. Wanzek performed its obligations pursuant to the contract.

60. Elevation has breached the contract by failing to pay Wanzek all amounts due and owing for Wanzek's work pursuant to the contract.

61. Elevation's breach has damaged Wanzek in the amount of $46,146.62.

62. Wanzek is also entitled to its reasonable attorneys' fees, costs, and expenses, as well as prejudgment and post-judgment interest, pursuant to the terms of the MSA.

### FOURTH CLAIM FOR RELIEF
### (Foreclosure of Mechanics' Liens – Against All Defendants)

63. Wanzek repeats the allegations in paragraph 1 through 62 as if fully restated herein.

64. There remains due and owing to Wanzek $5,527,047.75 on the Badger Mechanics' Lien.

65. There remains due and owing to Wanzek $7,764,356.18 on the Buffalo Mechanics' Lien.

66. For both the Badger Mechanics' Lien and Buffalo Mechanics' Lien combined, there remains due and owing to Wanzek $13,291,403.90.

67. Wanzek has valid mechanics' liens on the Property related to its work pursuant to the Badger Project Work Order and the Buffalo Project Work Order.

68. All conditions precedent to the filing of this action have been satisfied or been waived.

69. Based on the records of the Clerk and Recorder for Weld County, Colorado, Weifield may claim an interest in the Property. In particular, Weifield recorded a "Statement of Lien" on April 24, 2020, at Document No. 4585460.

70. Based on the records of the Clerk and Recorder for Weld County, Colorado, Kelley Trucking may claim an interest in the Property. In particular, Kelley Trucking recorded the following documents: a "Statement of Mechanics' Lien" on April 17, 2020, at Document No. 4583680; a "Statement of Mechanics' Lien" on April 17, 2020, at Document No. 4583685; an "Amended Statement of Mechanic's Lien" on May 5, 2020, at Document No. 4587887; and an "Amended Statement of Mechanic's Lien" on May 5, 2020, at Document No. 4587945.

71. Wanzek is entitled to the sum of $13,291,403.90, together with pre-judgment and post-judgment interest thereon and attorneys' fees, costs, and expenses pursuant to the MSA, being ordered as a lien against the Property, senior and superior to any claim of right, title, or interest in or to the Property, and that the Property be ordered to be sold by the United States Marshall, according to law, and that all proceeds of the sale be applied to Wanzek's claims and to the cost of these proceedings and the sale of the Property.

## PRAYER FOR RELIEF

WHEREFORE, Wanzek requests the Court to enter judgment in its favor and against Elevation, Weifield, and Kelley Trucking as follows:

a. Awarding damages against Elevation;

b. Ordering that Wanzek's lien against the parcel is senior and superior to any other claim of right, title, or interest in or to the Property;

c. Ordering a decree of foreclosure directing the Property to be sold at public sale with the proceeds applied to Wanzek's mechanics' liens for work performed on the Property pursuant to the Badger Project Work Order and the Buffalo Project Work Order;

d. Awarding reasonable attorneys' fees, costs, and expenses against Elevation;

e. Awarding pre-judgment interest against Elevation;

f. Awarding post-judgment interest against Elevation;

g. Awarding such other and further relief as the Court deems just and proper.

Dated:  May 19, 2020                     Respectfully Submitted,


        By:  /s/ John Cardinal Parks
            John Cardinal Parks
            Arthur Biller
            LEWIS BRISBOIS BISGAARD & SMITH LLP
            1700 Lincoln Street, Suite 4000
            Denver, Colorado 80203
            303.861.7760
            *Attorneys for Plaintiff*